# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANTHONY G. DUVALL,

    Plaintiff,

v.      Case No. 6:16-cv-2150-Orl-37DCI

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER

This cause is before the Court on Defendant's Amended Motion to Dismiss Count II (Doc. 10), filed December 19, 2016.

In the instant action, Plaintiff asserts claims against Defendant for: (1) uninsured motorist benefits action ("**Count I**"); and (2) for bad faith failure to settle an insurance claim ("**Count II**"). (Doc. 2.) On December 19, 2016, Defendant moved for dismissal of Count II on the ground that it is not yet ripe. (*See* Doc. 10 ("**Motion**").) Plaintiff failed to respond. *See* Local Rule 3.01(b) (requiring a party opposing a motion to file a response within fourteen days).

In the absence of a response, the Court considers Defendant's Motion to be unopposed and finds that it is due to be granted. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant's Amended Motion to Dismiss Count II (Doc. 10) is **GRANTED**.
2. Count II of the Complaint (Doc. 1, ¶¶ 16–28) is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 23, 2017.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record